UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
THE CIVIC ASSOCIATION OF THE DEAF OF NEW YORK CITY, INC. et al.,
Plaintiffs,
-against-
MAYOR OF THE CITY OF NEW YORK et al.,
Defendants.
---------------------------------------------------------------X

95 Civ. 8591 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this action was originally assigned to Judge Robert Sweet.

WHEREAS, following Judge Sweet's passing, on August 25, 2026, Plaintiffs wrote to the S.D.N.Y. Assignment Committee requesting that the action be deemed related to *American Council of the Blind of New York, Inc. v. City of New York*, No. 18 Civ. 5792 ("*ACBNY*") and transferred to Judge Paul Engelmayer, to whom *ACBNY* is assigned.

WHEREAS, on August 31, 2026, Judge Engelmayer declined to accept the case as related, and it was reassigned to the undersigned. It is hereby

**ORDERED** that by **September 23, 2026**, the parties shall file a joint status letter detailing the current status of this case and any proposed next steps.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 146.

Dated: September 9, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE