Stulberg & Walsh LLP
Attorneys at Law

Robert B. Stulberg
Partner
rstulberg@stulbergwalsh.com

T (212) 268-1000
F (212) 947-6010
C (917) 837-5641
www.stulbergwalsh.com

14 Wall Street, Suite 5G
New York, New York 10005

September 18, 2026

Application **GRANTED**. The parties shall file the status letter by **October 7, 2026**.

The Clerk of Court is respectfully directed to terminate Dkt. No. 150.

Dated: September 21, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Civic Association of the Deaf of New York City, Inc. *et al.* v. City of New York, *et al*, 95-Civ-8591 (LGS)**

Dear Judge Schofield:

We are counsel for the plaintiff class in the above-referenced action. We write, along with Defendants' counsel in this action, to jointly request a two-week extension of the Court's deadline to submit a joint status letter "detailing the current status of this case and any proposed next steps" from September 23, 2026, to October 7, 2026. ECF No. 149.

Counsel jointly request this extension of time due to the upcoming religious holidays and Defendants' counsel's need to further confer with their client concerning this matter. This is the parties' first request for an adjournment of this deadline and does not affect any other scheduled dates in this action.

The parties jointly thank the Court for its kind consideration of this request.

Respectfully submitted,

/s/ Robert B. Stulberg
Robert B. Stulberg
STULBERG & WALSH, LLP
Franklin Siegel
*Counsel for Plaintiff Class*

/s/ Kendra Riddleberger
Kendra Riddleberger
Assistant Corporation Counsel
*Counsel for Defendants*

cc: All Counsel via ECF