Stulberg & Walsh LLP
Attorneys at Law

**Robert B. Stulberg**
Partner
rstulberg@stulbergwalsh.com

T (212) 268-1000
F (212) 947-6010
C (917) 837-5641
www.stulbergwalsh.com

14 Wall Street, Suite 5G
New York, New York 10005

October 5, 2026

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Civic Association of the Deaf of New York City, Inc. *et al.* v. City of New York, *et al*, 95-Civ-8591 (LGS)**

Dear Judge Schofield:

We are counsel for the Plaintiff Class in the above-referenced action. We write, with consent of Defendants' counsel, to request a thirty-day extension, from October 7, 2026, to November 6, 2026, of the Court's deadline to submit a joint status letter "detailing the current status of this case and any proposed next steps." ECF No. 151.

Plaintiff Class makes this request due to unavoidable deadlines in other matters, and to allow the parties, in light of recent developments, to confer about the City's intentions with respect to the emergency street alarm box system at issue in this action. This is the second request for an extension of this deadline; the first extension, from September 23, 2026 to October 7, 2026, was graciously granted. *See* ECF No. 151.

Plaintiff Class thanks the Court for its kind consideration of this request.

Respectfully submitted,

/s/ Robert B. Stulberg
Robert B. Stulberg
STULBERG & WALSH, LLP
Franklin Siegel
*Counsel for Plaintiff Class*

cc: All Counsel via ECF

Application **GRANTED**. The parties shall file the status letter by **November 6, 2026**.

The Clerk of Court is respectfully directed to terminate Dkt. No. 152.

Dated: October 6, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE